## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | Adversary Proceeding Case No. 19-50950 (JKS) |
| vs. | |
| HARVEY & COMPANIES, INC., and RONALD J. HARVEY, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL OF
## <u>ADVERSARY PROCEEDING</u>

**PLEASE TAKE NOTICE** that, pursuant to that certain *Settlement Agreement*, entered into by and between plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust and defendants Harvey & Companies, Inc. and Ronald J. Harvey, and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Woodbridge Liquidation Trust

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

hereby dismisses the above-referenced adversary proceeding with prejudice.  The parties shall

bear their own attorneys' fees and costs.

Dated:    December 7, 2021                    PACHULSKI STANG ZIEHL & JONES LLP
          Wilmington, Delaware

                                              */s/ Colin R. Robinson*
                                              Bradford J. Sandler (DE Bar No. 4142)
                                              Andrew W. Caine (CA Bar No. 110345)
                                              Colin R. Robinson (DE Bar No. 5524)
                                              919 North Market Street, 17th Floor
                                              P.O. Box 8705
                                              Wilmington, DE 19899 (Courier 19801)
                                              Telephone: 302-652-4100
                                              Fax: 302-652-4400
                                              Email: bsandler@pszjlaw.com
                                                     acaine@pszjlaw.com
                                                     crobinson@pszjlaw.com

                                              *Counsel to Plaintiff Michael Goldberg, as Liquidating
                                              Trustee of the Woodbridge Liquidation Trust*